UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD LEWIS KENNEDY,<br><br>    Plaintiff,<br><br>  v.<br><br>,<br><br>    Defendant. | Case No. 21-cv-04369-PJH<br><br>**ORDER OF DISMISSAL** |

This case was opened when plaintiff wrote a letter to the court. In an effort to protect his rights, it was filed as a new case. Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so. He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application. A copy of the court's form for applications to proceed IFP was provided with the notice.

Plaintiff has filed a notice that he did not intend to initiate an action and seeks to dismiss this case. This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a). No fee is due.

**IT IS SO ORDERED.**

Dated: June 28, 2021

                                                                           /s/ Phyllis J. Hamilton
                                                                          PHYLLIS J. HAMILTON
                                                                          United States District Judge